IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**UNITED STATES OF AMERICA**

**V.**                                                                                   **CRIMINAL ACTION NO. 2:17-CR-19-KS-MTP**

**JOHN W. LEE, JR.**

### ORDER

On September 19, 2017, the Court held a hearing on the record by teleconference. At that time, the Court made a number of findings, based upon the representations, argument, and agreement of the parties. The Court agreed with the parties that this case should be sealed until further Court order, and that the interest of the public in unsealing the file and maintaining open court proceedings is significantly outweighed by the facts established and more clearly stated in the record of the teleconference, which is incorporated herein by reference.

Therefore, the Court orders that this case shall remain sealed until further order of the Court, including the initial appearance and plea hearing scheduled for September 22, 2017.

SO ORDERED AND ADJUDGED this the 22nd day of September, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　__s/Keith Starrett_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　KEITH STARRETT
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE