IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

VS.                                                     CRIMINAL NO. 2:17-CR-19-KS-MTP

JOHN W. LEE, JR.

## ORDER

The United States Attorney's Office for the Southern District of Mississippi, United States Marshal Service and United States Probation Office need a copy of the Criminal Information and Order [6] that has been filed herein in order to proceed with their business. The Clerk is directed to furnish to the United States Attorney's Office for the Southern District of Mississippi, United States Marshal Service and United States Probation Office for the Southern District of Mississippi a Certified Copy of the Criminal Information herein and Order [6].

Except for the furnishing of the Certified Copies above described, the Court's Orders regarding the sealing of this case remain in full force and effect.

SO ORDERED this the __22nd__ day of September, 2017.

                                                       _____s/Keith Starrett_____
                                                       UNITED STATES DISTRICT JUDGE