IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

VS.                                          CRIMINAL NO. 2:17-cr-19-KS-MTP

JOHN LEE                                                    DEFENDANT

## ORDER DELAYING REPORTING DATE

At the sentencing in the above styled case the Court determined that due to medical conditions that the setting of a reporting date should be delayed for sixty (60) days. Following an ore tenus request to delay the reporting date made by Mr. Lee's attorney, Honorable John M. Colette, and receiving a letter report on the medical condition, and without objection from the Government the Court finds that the setting of the report date for Mr. Lee is deferred for six (6) months from the date of this Order. The parties will contact the Court at the end of the six (6) months for setting of the reporting date.

SO ORDERED this the ___17th___ day of September, 2018.

                                                   __s/Keith Starrett_____
                                                 UNITED STATES DISTRICT JUDGE