IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

VS.                                                    CRIMINAL NO. 2:17-cr-19-KS-MTP

JOHN W. LEE. JR.                                                      DEFENDANT

ORDER EXTENDING REPORTING DATE

THIS CAUSE IS BEFORE THE COURT on Motion to Extend Reporting Date [41] filed by John W. Lee, Jr. through his counsel. The Court has noted that the Motion is unopposed by the Government. The basis for the request is the ongoing medical treatment that Lee is undergoing for serious medical problems that have been made known to the Court through testimony of medical providers and documentation of medical conditions provided. The Court has also confirmed with the U.S. Probation Supervising Officer that Mr. Lee is essentially homebound because of his medical conditions and is unable to leave the home for reasons other than to go to medical appointments. The Court considered the need for ongoing treatment and the cost that would be incurred by the Government to render these treatments while in a penitentiary setting along with other factors and finds that the request to extend reporting date should be granted.

NOW, THEREFORE, IT IS HEREBY ORDERED that the Motion to Extend Reporting Date [41] is GRANTED and the reporting date is extended until at least July 17, 2019. The parties are directed to contact the Court on or before July 17, 2019, regarding setting of the hearing, etc. herein. Also the Court notes that Mr. Lee has indicated a medical appointment at

Ochsner in New Orleans. He is reminded of his obligation to obtain permission from his Probation Officer prior to leaving the Southern District of Mississippi.

SO ORDERED this the ___20th____ day of March, 2019.

    __s/Keith Starrett_____
    UNITED STATES DISTRICT JUDGE