IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

VS.                                         CRIMINAL NO. 2:17-cr-19-KS-MTP

JOHN W. LEE. JR.                                            DEFENDANT

## AMENDED ORDER

BE IT REMEMBERED THAT on the 6th day of June, 2019, this Court entered an Order [44] granting a Rule 35 motion made by the Government. In said Order the Court Amended page 2 of document [38], the original Judgment in the Criminal Case, sentencing John Lee to six (6) months home detention in lieu of six (6) months of incarceration. The Order failed to spell out the terms of supervision, and at the request of the Probation Service the Court now amends document [44] in the following manner to wit:

IT IS THEREFORE ORDEREDED that the Judgment in the criminal case document [38] is amended and [44] is also amended to read as follows "That John W. Lee, Jr. is hereby sentenced to six (6) months of Probation and not six (6) months of incarceration. The terms and conditions of the Probation are the standard terms and conditions set forth by this Court for this District. In addition to the special conditions originally imposed, there is a special condition ordered that John Lee serve six (6) months home detention without electronic monitoring, at a schedule to be determined by the supervising U.S. Probation Officer. The defendant shall be allowed to leave his home to attend church services and for medical needs deemed appropriate by the supervising U.S. Probation Officer,

based on requests which must be submitted in advance by the defendant.

SO ORDERED, this the __13th___ day of June, 2019.

                                                __s/Keith Starrett__ _____
                                                UNITED STATES DISTRICT JUDGE